| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Mattice, Harry S. | 2. Court or Organization<br><br>U.S. District Court - EDTN | 3. Date of Report<br><br>5/1/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>Joel W. Solomon Federal Bldg.<br>900 Georgia Avenue, Room 317<br>Chattanooga, TN 37402 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust # 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | The Speech Language Reading Center, PLLC - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 2. Mass Mutual Life Insurance Whole Life (2) | C | Interest | L | T | | | | | |
| 3. Northwestern Mutual Life Variable Comp Life | D | Dividend | M | T | | | | | |
| 4. Pacific Gas & Electric Common Stock | A | Dividend | J | T | | | | | |
| 5. Allstate VA Variable Annuity II Policy | B | Interest | K | T | Redeemed (part) | 11/16/16 | J | A | |
| 6. MORGAN STANLEY BANK N.A. | A | Dividend | M | T | Buy (add'l) | 12/7/16 | J | | |
| 7. FNMA REMIC TRUST 1991 SERIES 12 CLASS H OID | A | Dividend | J | T | | | | | |
| 8. FHLMC REM TRUST 1991 SERIES 1128 CLASS 1B OID | A | Dividend | J | T | | | | | |
| 9. FED NATL MTG ASSN STEP - 09/27/17 02.50 | A | Dividend | | | Redeemed | 9/27/16 | J | A | |
| 10. MS U.S. GOVERNMENT SEC TR 1 (USGDX) | A | Dividend | K | T | | | | | |
| 11. MSIF GROWTH I (MSEQX) | A | Dividend | J | T | | | | | |
| 12. MSIF INTERNATIONAL EQUITY INST (MSIQX) | A | Dividend | J | T | | | | | |
| 13. MSIF TR MID CAP GROWTH INST (MPEGX) | A | Dividend | J | T | | | | | |
| 14. MSIF US REAL ESTATE INST (MSUSX) | A | Dividend | J | T | | | | | |
| 15. BLACKROCK LOW DUR BD INV SVC (CMGBX) & INST (BFMSX) | A | Dividend | K | T | | | | | |
| 16. E V INCOME FUND OF BOSTON I (EIBIX) | A | Dividend | J | T | | | | | |
| 17. INVESCO COMSTOCK Y (ACSDX) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVESCO EQUAL WGHTD S&P 500 Y (VADDX) | A | Interest | J | T | | | | | |
| 19. INVESCO PREMIER INST (IPPXX) | A | Interest | J | T | | | | | |
| 20. INVESCO SMALL CAP VALUE Y (VSMIX) | A | Interest | J | T | | | | | |
| 21. (H) Trust #1: | | | | | | | | | |
| 22. Federated Tax-Free Obligs Funds | A | Interest | K | T | | | | | |
| 23. RidgeWorth Large Cap Value Equity | A | Dividend | K | T | Sold (part) | 10/17/16 | K | D | |
| 24. T Rowe Price Institutional Large Cap Growth Fund-I | A | Dividend | L | T | | | | | |
| 25. Federated Strategic Value Equity Fund I | A | Dividend | K | T | | | | | |
| 26. Hartford Dividend & Growth - Y | A | Dividend | K | T | | | | | |
| 27. BlackRock Global Long/Short Credit FD Instl | A | Interest | K | T | | | | | |
| 28. PIMCO Investment Grade Corporate Bond Fund | A | Interest | | | Sold | 10/17/16 | J | A | |
| 29. Easton Vance Atlanta Capital SMID Cap Fund | A | Dividend | K | T | | | | | |
| 30. iShares Barclays MBS Bond ETF | B | Dividend | K | T | | | | | |
| 31. iShares Core MSCI EAFE ETF | B | Dividend | K | T | | | | | |
| 32. iShares iBoxx Inv. Grade Corp. Bond ETF | A | Interest | K | T | | | | | |
| 33. United States Treasury Bill | A | Interest | K | T | | | | | |
| 34. Oppenheimer Devel. Markets FD (ODVIX) | A | Dividend | K | T | Buy | 10/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. (H) IRA #1 | | | | | | | | | |
| 36. American GR FD of America F1 (GFAFX) | A | Dividend | J | T | | | | | |
| 37. Davis New York Venture A (NYVTX) | A | Dividend | J | T | | | | | |
| 38. Delaware SMID CAP Growth A (DFCIX) | A | Dividend | J | T | | | | | |
| 39. Deutsche Real Estate SEC A (RRRAX) (formerly DWS RREEF) | A | Dividend | J | T | | | | | |
| 40. Fidelity ADV DVRSFD INTL A (FDVAX) | A | Dividend | J | T | Sold (part) | 11/10/16 | J | A | |
| 41. INVESCO PREMIER PTF INSTL (IPPXX) | A | Dividend | J | T | | | | | |
| 42. JP MORGAN MID CAP VALUE A (JAMCX) | A | Dividend | J | T | | | | | |
| 43. VIRTUS MULTI SECT SHT TRM BD A (NARAX) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mattice, Harry S. | 5/1/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Par III. A. Non-Investment Income.  All income earned during reporting period was salary as employee of U.S. Government.


Part VII.  Investments and Trusts.  Trust Assets listed as numbers 22 to 34 are a part of an Irrevocable Insurance Trust created by deceased family member.

Part VII  Investment and Trusts.  IRA Assets listed as numbers 36 to 43 are part of an IRA inherited from a deceased relative.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Harry S. Mattice**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544